**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LUIS DIAZ, | : | CIVIL ACTION NO. |
| | : | 3:22-cv-00775-SALM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| LAJOIE AUTO WRECKING COMPANY, INC. | : | |
| | : | |
| Defendant. | : | SEPTEMBER 22, 2022 |
| | : | |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a complete settlement in the instant action. The parties have prepared a General Release and Settlement Agreement and are in the process of signing the agreement. Plaintiff will be timely filing a Stipulation of Dismissal with Prejudice of all parties and all claims with the Court upon completion of the settlement documentation.

        THE PLAINTIFF,
        LUIS DIAZ

    By: _____/s/_____
        Michael C. McMinn (*ct27169*)
        **THE MCMINN EMPLOYMENT LAW FIRM, LLC**
        1000 Lafayette Blvd., Suite 1100
        Bridgeport, CT 06604
        Tel: (203) 683-6007
        Fax: (203) 680-9881
        michael@mcminnemploymentlaw.com

        *COUNSEL FOR PLAINTIFF*

-1-

**CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that, on September 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                       _____ /s/_____
                                                        Michael C. McMinn

THE MCMINN EMPLOYMENT LAW FIRM, LLC