**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LUIS DIAZ, | : | CIVIL ACTION NO. |
| | : | 3:22-cv-00775-SALM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| LAJOIE AUTO WRECKING COMPANY, INC. | : | |
| | : | |
| | : | |
| Defendant. | : | OCTOBER 5, 2022 |
| | : | |

**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, LUIS DIAZ, by and through his undersigned counsel, submits this Voluntary Dismissal of Action with Prejudice. The Parties have agreed to amicably resolve any and all claims by the Plaintiff against Defendant in this action and Plaintiff has authorized his undersigned counsel to consent and agree to dismiss the instant action with prejudice to Plaintiff.  No award of attorney's fees, costs and/or disbursements will be awarded to any Party by the Court.

THE PLAINTIFF,
LUIS DIAZ

By: _____/s/_____
Michael C. McMinn (*ct27169*)
**THE MCMINN EMPLOYMENT LAW FIRM, LLC**
1000 Lafayette Blvd., Suite 1100
Bridgeport, CT 06604
Tel: (203) 683-6007
Fax: (203) 680-9881
michael@mcminnemploymentlaw.com

*COUNSEL FOR PLAINTIFF*

-1-

THE MCMINN EMPLOYMENT LAW FIRM, LLC
1000 Lafayette Boulevard, Suite 1100 ▪ Bridgeport, CT 06604 ▪ T: (203) 683-6007 ▪ F: (203) 683-9881

## **CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that, on October 5, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                                   _____ /s/_____
                                                                     Michael C. McMinn